petitioner.  *Mr. Charles Neave* for respondent.

No. 495.  PITTSBURGH TERMINAL COAL CORP. *v.* BENNETT, ADMINISTRATRIX.  November 12, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Messrs. Robert T. McCracken* and *Sidney J. Watts* for petitioner.  *Messrs. Harvey A. Miller* and *G. C. Ladner* for respondent.

No. 462.  HUDSON ET AL. *v.* TEXAS GULF SULPHUR CO. ET AL.  November 19, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  MR. JUSTICE STONE took no part in the consideration or decision of this application.  *Messrs. Nathan L. Miller* and *William W. Miller* for petitioners.  *Messrs. Joseph M. Hartfield, Richard T. Fleming,* and *Jacob J. Lesser* for respondents.

Nos. 512 and 513.  CONSOLIDATED DAIRY PRODUCTS CO., INC. *v.* IRVING TRUST CO., TRUSTEE.  November 19, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.  *Mr. Edward H. Green* for petitioner.  *Mr. William D. Whitney* for respondent.

No. 110.  JOHNSON, RECEIVER, ET AL. *v.* KANSAS CITY. November 19, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.